## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

REGINAL LONNIEL SMITH,
ADC #156420                                                                                           PLAINTIFF

v.                                          4:13CV00709-JLH-JTK

ROBBY FREDD, et al.                                                                                DEFENDANTS

### ORDER

Plaintiff has now filed an Amended Complaint (Doc. No. 9), pursuant to the Court's December 18, 2013 Order (Doc. No. 3). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Fredd, Smith, and Cheek. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Robby Fredd, Tobey Smith, and Allen Cheek. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 9) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 21st day of January, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

1