# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

REGINAL LONNIEL SMITH,                                                                 PLAINTIFF
ADC #156420

v.                                    No. 4:13CV00709-JLH-JTK

ROBBY FREDD, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Cheek be DISMISSED from this action, with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 10th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE