**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

REGINAL LONNIEL SMITH,                                                          PLAINTIFF
ADC #156420

v.                                        No. 4:13CV00709-JLH-JTK

ROBBIE FREAD, et al.                                                           DEFENDANTS

## JUDGMENT

 Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief

sought is denied.

 IT IS SO ADJUDGED this 17th day of June, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE